**Order filed December 7, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00469-CV

_____

### UNIQUE MICA GREEN, Appellant

### V.

### SHAWNTONYA LAVINGHOUSEZ, Appellee

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 109650-CV**

---

## O R D E R

The notice of appeal in this case was filed August 12, 2021. To date, the filing fee of $205.00 has not been paid. The record reflects the trial court sustained a contest to appellant's affidavit of indigence on September 16, 2021. *See* Tex. R. App. P. 20.1. Appellant did not timely challenge that order by motion filed in this court. *See* Tex. R. Civ. P. 145. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **December 13, 2021.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Poissant.